## Smith v. Collins.

*Appeal from Jackson District Court — Friday, June* 19.

REPLEVIN for a horse claimed to be exempt from execution. The evidence upon the question of fact as to whether plaintiff by the use of the team of which the horse was a part, habitually earned his living, being conflicting, this court refused to interfere with the finding of the court below for the defendant, and the judgment was affirmed. WRIGHT, J., delivering the opinion.

*B. F. Thomas* for the appellant — *Booth & Graham* for the appellee.